# In the United States Court of Federal Claims

No. 07-815C

(Filed: December 15, 2008)

```
*************************************  *
                                       *
CALL HENRY, INC.,                      *
                                       *
                    Plaintiff,         *
                                       *
 v.                                    *
                                       *
THE UNITED STATES,                     *
                                       *
                    Defendant.         *
                                       *
*************************************  *
```

AMENDED SCHEDULING ORDER

On December 15, 2008, counsel for the parties filed an amended Joint Preliminary Status Report that proposed a revised discovery schedule. As agreed by counsel for the parties, the discovery schedule is hereby amended as follows:

1. The parties shall complete all discovery by March 31, 2009;

2. The parties shall file all dispositive motions, if any, by May 1, 2009;

The Court also vacates the telephonic status conference scheduled for March 4, 2009 at 3:00 PM. The parties should notify the undersigned if the Court's assistance is desired as discovery progresses.

IT IS SO ORDERED.

                                                                                        s/Thomas C. Wheeler  
                                                                                        THOMAS C. WHEELER  
                                                                                        Judge